UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS E. DEAN,<br><br>           Petitioner,<br><br>      v.<br><br>DOMINGO URIBE, Warden,<br><br>           Respondent. | NO. CV 09-07321 CAS (SS)<br><br>**ORDER ADOPTING AND MODIFYING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge except as modified below.

    In his Objections, Petitioner argues that he satisfies 28 U.S.C. § 2254's "in custody" requirement due to his current incarceration on a 2007 sentence. (See Petition at 4). However, this argument is

1  foreclosed by <u>Lackawanna County District Attorney v. Coss</u>, 532 U.S. 394,
2  121 S. Ct. 1567, 149 L. Ed. 2d 608 (2001). In <u>Lackawanna</u>, the Supreme
3  Court held that habeas relief is unavailable "when a prisoner challenges
4  a current sentence on the ground that it was enhanced based on an
5  allegedly unconstitutional prior conviction for which the petitioner is
6  no longer in custody." <u>Id.</u> at 396. As Petitioner's current custody is
7  a result of his 2007 conviction, he is not considered "in custody" for
8  purposes of challenging his 1998 conviction. <u>See</u> <u>Resendiz v. Kovensky</u>,
9  416 F.3d 952, 956 (9th Cir. 2005) (once sentence imposed for a
10 conviction has expired, collateral consequences of the conviction do not
11 render an individual "in custody" for purposes of habeas attack on
12 original conviction).

14 The Court declines to adopt the recommendation that the action be
15 dismissed for Petitioner's failure to prosecute. The Court adopts the
16 remainder of the Report and Recommendation.
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

DATED: February 7, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE