# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS E. DEAN,<br><br>        Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, Warden,<br><br>        Respondent. | NO. CV 09-07321 CAS (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 7, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE